■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM P. SMITH, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered March 7, 1984, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA SPENCER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered December 21, 1983, convicting her of manslaughter in the first degree, upon her plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Gibbons, J. P., Bracken, Kunzeman and Kooper, JJ., concur.